IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAROLD BRENT KEITH | : | NO. 04-354 |

## ORDER

**AND NOW,** this 26th day of January, 2012, upon consideration of Defendant Harold Brent Keith's Motion for Reduction of Sentence (Docket No. 60), and the Government's response thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.